**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

CAROL ANN SIMMONS,        :   No. 251 WAL 2018
:
         Petitioner       :
:
      :   Petition for Allowance of Appeal from
      :   the Order of the Superior Court
         v.             :
:
:
ALL ABOUT SMILES & ASSOCIATES   :
(DR. DAVID ZIPNOCK, DDS),      :
:
         Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.